REUBEN L. NOCOS, ESQ. [SBN 238011]
Nocos Law Firm, A Professional Corporation
1900 S. Norfolk St., Ste. 350
San Mateo, CA 94403
(650) 320-1747

Attorneys for Plaintiff
Matthew Bantique

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BANTIQUE<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a business entity, form unknown; PREMIER FUNDING GROUP, INC., a business entity form unknown business entity, form unknown; GMAC MORTGAGE, business entity, form unknown; EMC MORTGAGE CORPORATION, a business entity, form unknown; T.D. SERVICE COMPANY OF ARIZONA, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a business entity, form unknown; all persons unknown, claiming any legal or equitable right, title estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:09-cv-00663-WBS DAD<br><br>STIPULATION |

Plaintiff, MATTHEW BANTIQUE and Defendants, EMC MORTGAGE CORPORATION and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("Defendants") stipulate and agree, by and through their respective counsel that:

1

Stipulation

1.  A Scheduling Conference was set for June 29, 2009 at 2:00 PM and a joint status report was due on June 15, 2009;

2.  A Motion to Dismiss was filed by Defendants set for a hearing on April 27, 2009;

3.  The Court issued a Minute Order on April 22, 2009 that on its own motion, the Court took off the hearing set for April 27, 2009 and put it under submission. The Court further ordered that a separate Order will be issued.

4.  On April 30, 2009, the Court issued its Order on Defendants' Motion to Dismiss and granting in part and denying in part and allowing Plaintiff to amend his Complaint within 30 days.

5.  Plaintiff did not become aware of this until this week because the email notice from the Court's ECF system did not arrive in his email inbox.  Due to this mistake, Plaintiff was not able to file an amended Complaint by May 30, 2009.

6.  Plaintiff and Defendants have agreed to engage in meaningful settlement negotiations toward a resolution.

7.  Accordingly, Plaintiff and Defendants, stipulate and agree that Plaintiff will have until Monday, June 22, 2009 to file an amended Complaint.

//

//

//

//

//

//

//

8.  Plaintiff and Defendants further stipulate and agree that the new date for the Scheduling Conference will be on August 24, 2009 and that the Joint Status Report will be due on August 9, 2009.

IT IS SO STIPULATED.

DATED:  June 29, 2009                          NOCOS LAW FIRM
                                               A Professional Corporation


                                               By:      */s/ Reuben L. Nocos*
                                                             Reuben L. Nocos

                                               **Attorneys for Plaintiff
                                               MATTHEW BANTIQUE**

DATED:  June 29, 2009                          ADORNO, YOSS, ALVARADO & SMITH


                                               By:      */s/ S. Christopher Yoo*
                                                             S. Christopher Yoo

                                               **Attorneys for Defendants
                                               EMC MORTGAGE CORPORATION
                                               MORTGAGE ELECTRONIC
                                               REGISTRATION SYSTEMS, INC.**

# **ORDER**

Pursuant to the above Stipulation it is hereby ordered that Plaintiff's Amended Complaint will be filed by Monday, June 22, 2009.

It is further ordered that the Scheduling Conference will be continued from June 29, 2009 at 2:00 PM to August 24, 2009 at 2:00 PM.  It is further ordered that the Joint Status Report will be due on Defendants' responsive pleading to Plaintiff's First Amended Complaint filed on **June 23, 2009**, will be due on or before August 9, 2009.

IT IS SO ORDERED.

Dated:  June 26, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE